```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN A. KESLICK, JR.              :    CIVIL ACTION
                                  :
             v.                   :
                                  :
US FOREST SERVICE BRADFORD RANGER :    NO. 13-6573
DISTRICT                          :
US FOREST SERVICE                 :
```

**FILED**
NOV 21 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## O R D E R

AND NOW, this 20th day of November, 2013, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, IT IS ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff's complaint is DISMISSED for the reasons stated in the Court's Memorandum.

3. This case shall be marked CLOSED.

BY THE COURT:

_____
C. DARNELL JONES, II, J.