IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. KESLICK, JR. | : | CIVIL ACTION |
| v. | : | |
| US FOREST SERVICE BRADFORD RANGER DISTRICT | : | NO. 13-6573 |
| US FOREST SERVICE | : | |

**O R D E R**

AND NOW, this 20 day of November, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED for the reasons stated in the Court's Memorandum.

3. This case shall be marked CLOSED.

BY THE COURT:

_____
C. DARNELL JONES, II, J.

FILED

NOV 21 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk